## SEWARD v. THE STATE.

CANDLER, J. The petition for certiorari complained that the verdict was contrary to law and the evidence, and that the court erred in refusing to grant a continuance. The evidence set out in the petition showed that the conviction of the accused was not unwarranted; and it did not appear that the trial judge abused his discretion in refusing to continue the case. It was therefore not error to refuse to sanction the petition for certiorari.

*Judgment affirmed. All the Justices concur.*

Submitted March 20,—Decided March 24, 1905.

Petition for certiorari. Before Judge Mitchell. Berrien superior court. January 20, 1905.

*C. C. Hall,* for plaintiff in error. ,
*W. E. Thomas, solicitor-general,* contra.

---

## FLETCHER v. THE STATE.

EVANS, J. 1. Where the allegation in the indictment is that the mortal wound was inflicted "in some manner and way and with some weapon to the grand jury unknown," it is not error to allow the physician who made the autopsy to testify that the "wounds were of a character indicating that they were made by scissors, a penknife, or something like that."
2. The defendant was charged with infanticide. The evidence warranted the verdict, which has been approved by the trial judge, and no reason is shown why it should be vacated. *Judgment affirmed. All the Justices concur.*

Submitted March 20, — Decided March 24, 1905.

Indictment for murder. Before Judge Henry. Floyd superior court. February 17, 1905.

*Henry Walker,* for plaintiff in error. . *John C. Hart, attorney-general,* and *W. H. Ennis, solicitor-general,* contra.